USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.M. on behalf of herself and her minor child, M.M.,

Plaintiff,

-against-

The New York City Department of Education, The Board of Education of the City School District of the City of New York, Chancellor Kamar H. Samuels, in his Official Capacity, and The City of New York

Defendants.

26 Civ. 8043 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 21, 2026, the Court ordered the parties to file a joint letter and jointly proposed case management plan and scheduling order by November 20, 2026. *See* ECF No. 5. The parties have made no such filing. By **February 1, 2027**, the psarties shall jointly file their letter and proposed case management plan.

SO ORDERED.

Dated: November 23, 2026
New York, New York

ANALISA TORRES
United States District Judge